IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00441-RBJ

CAROL SONNENBERG,
MICHAEL SONNENBERG, and
AMERICAN FINANCIAL SECURITIES HOLDINGS, INC.,

    Plaintiffs,

v.

ERIC DAVID SIPF,
STEPHEN S. S. HYDE,
STEPHEN O. JAMES,
DAVID BAKER,
TAMARA S. KEFFELER, and
FIRSTBANK HOLDING COMPANY,

    Defendants,

And

ERIC DAVID SIPF,
STEPHEN S. S. HYDE, and
STEPHEN O. JAMES,

    Third-Party Plaintiffs,

v.

JOHN C. HERBERS,
ROBERT RUIZ-MOSS,
JAMES LUBINSKI,
THOMAS KELLER,
CRAIG MAGNUSON, and
MAGNUM ACTUARIAL GROUP LLC,

    Third-Party Defendants.

**ORDER GRANTING THIRD-PARTY PLAINTIFF ERIC SIPF'S UNOPPOSED
MOTION TO DISMISS THIRD-PARTY CLAIMS AGAINST JAMES LUBINSKI**

658145

2

THIS MATTER, having come before the Court on Third-Party Plaintiff Eric Sipf's Unopposed Motion to Dismiss Third-Party Claims Against James Lubinski and having been so advised in the premises,

ORDERS that said Motion is GRANTED. Third-Party Plaintiff Eric Sipf's claims against Third-Party Defendant James Lubinski are dismissed with prejudice. Mr. Sipf and Mr. James are to bear their own attorneys' fees and costs.

DATED this 8th day of April, 2013.

BY THE COURT:

*[signature: Brooke Jackson]*

R. Brooke Jackson
United States District Court Judge