IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00441–RM–KMT

CAROL SONNENBERG,
MICHAEL SONNENBERG and
AMERICAN FINANCIAL SECURITIES HOLDINGS, INC.,

    Plaintiffs,

v.

ERIC DAVID SIPF,
STEPHEN S. S. HYDE,
DAVID C. BAKER,
TAMARA S. KEFFELER, and
FIRSTBANK HOLDING COMPANY,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

In light of the "Joint Notice of Settlement" between Plaintiffs, the FirstBank Defendants, "FirstBank's Motion for Leave to File Its Supplemental Designation of Non-Parties at Fault Pursuant to C.R.S. § 13-21-111.5" (Doc. No. 95, filed May 30, 2013) is DENIED without prejudice.

Plaintiffs' "Unopposed Motion for Leave to File Third Amended Complaint" (Doc. No. 128, filed August 6, 2013) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk is directed to file Plaintiffs' "Third Amended Complaint" (Doc. No. 128-1).

Dated: October 17, 2013