**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 1:12-cv-00441-RM-KMT

CAROL SONNENBERG,
MICHAEL SONNENBERG, and
AMERICAN FINANCIAL SECURITIES HOLDINGS, INC.,

    Plaintiffs,

v.

ERIC DAVID SIPF,
STEPHEN S. S. HYDE,
DAVID C. BAKER,
TAMARA S. KEFFELER, and
FIRSTBANK HOLDING COMPANY,

    Defendants,
and

ERIC DAVID SIPF, and
STEPHEN S. S. HYDE,

    Third-Party Plaintiffs,

v.

JOHN C. HERBERS,
ROBERT RUIZ-MOSS,
JAMES LUBINSKI,
THOMAS KELLER,
CRAIG MAGNUSON, and
MAGNUM ACTUARIAL GROUP, LLC,

    Third-Party Defendants.

_____

**ORDER**
_____

    THIS MATTER comes before the Court on the "Stipulated Motion for Dismissal with

Prejudice of all Claims against the FirstBank Defendants" (ECF No. 162) filed jointly by

2

Plaintiffs Carol Sonnenberg, Michael Sonnenberg, and American Financial Securities Holdings, Inc. ("Plaintiffs") and Defendants FirstBank Holding Company, David C. Baker, and Tamara S. Keffeler (the "FirstBank Defendants"), and having been advised in the premises, it is

ORDERED that the motion (ECF No. 162) is GRANTED.  All claims asserted by Plaintiffs against FirstBank Holding Company, David C. Baker, and Tamara S. Keffeler are dismissed with prejudice.  Each party as between Plaintiffs and the FirstBank Defendants will bear its own attorneys' fees and costs incurred in connection with this action; and it is

FURTHER ORDERED that there being no remaining claims against the FirstBank Defendants, their names shall be removed from the caption of this action in all future filings with the Court.

DATED this 24th day of October, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge