**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 1:12-cv-00441-RM-KMT

CAROL SONNENBERG,
MICHAEL SONNENBERG, and
AMERICAN FINANCIAL SECURITIES HOLDINGS, INC.,

      Plaintiffs,

  v.

ERIC DAVID SIPF, and
STEPHEN S. S. HYDE,

      Defendants,

and

ERIC DAVID SIPF,
STEPHEN S. S. HYDE,

      Third-Party Plaintiffs,

  v.

JOHN C. HERBERS,
ROBERT RUIZ-MOSS,
JAMES LUBINSKI,
THOMAS KELLER,
CRAIG MAGNUSON, and
MAGNUM ACTUARIAL GROUP, LLC,

      Third-Party Defendants.

---

**ORDER OF DISMISSAL OF CERTAIN CLAIMS WITH
PREJUDICE AND CERTAIN CLAIMS WITHOUT PREJUDICE
(ECF NO. 178)**

---

THIS MATTER comes before the Court on the "Plaintiffs' and Defendant Stephen S.S. Hyde's Motion to Dismiss Certain Claims with Prejudice and Certain Claims without Prejudice" ("Motion") (ECF No. 178). Upon consideration of the Motion, and being otherwise fully advised in the premises, it is

ORDERED that the Motion (ECF No. 178) is GRANTED;

FURTHER ORDERED that

    a.    All claims asserted by plaintiffs against defendant Stephen S.S. Hyde are dismissed with prejudice;

    b.    All claims asserted by defendant Hyde against third-party defendants John C. Herbers, Robert Ruiz-Moss, and James Lubinski are dismissed with prejudice; and

    c.    All claims asserted by defendant Hyde against third party defendants Thomas Keller, Craig Magnuson, and Magnum Actuarial Group, LLC are dismissed without prejudice;

FURTHER ORDERED that each party will bear her, his or its own attorneys' fees and costs incurred in connection with the dismissed claims; and

FURTHER ORDERED that there being no remaining claims against or by Stephen S.S. Hyde, his name shall be removed from the caption of this action in all future filings with the Court.

DATED this 27th day of November, 2013.

                              BY THE COURT:

                              RAYMOND P. MOORE
                              United States District Judge