**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 1:12-cv-00441-RM-KMT

CAROL SONNENBERG,
MICHAEL SONNENBERG, and
AMERICAN FINANCIAL SECURITIES HOLDINGS, INC.,

    Plaintiffs,

v.

ERIC DAVID SIPF

    Defendant - Third-Party Plaintiff,

v.

JOHN C. HERBERS,
ROBERT RUIZ-MOSS,
JAMES LUBINSKI,
THOMAS KELLER,
CRAIG MAGNUSON, and
MAGNUM ACTUARIAL GROUP, LLC,

    Third-Party Defendants.

---

**ORDER GRANTING**
**"THIRD-PARTY PLAINTIFFS' MOTION TO DISMISS FIFTH**
**CLAIM FOR RELIEF IN THIRD-PARTY COMPLAINT" (ECF No. 179)**
_____

THIS MATTER is before the Court on "Third-Party Plaintiffs' Motion To Dismiss Fifth Claim For Relief In Third-Party Complaint" ("Motion") (ECF No. 179). Upon consideration of the Motion filed only on behalf of Defendant/Third-Party Plaintiff Eric D. Sipf, and being otherwise fully advised in the premises, it is

2

ORDERED that the Motion (ECF No. 179) is GRANTED. Defendant/Third-Party Plaintiff Eric D. Sipf's fifth claim for relief in the third-party complaint is hereby dismissed. All other third-party claims by Defendant/Third-Party Plaintiff Eric D. Sipf remain.

DATED this 27th day of November, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge