**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 1:12-cv-00441-RM-KMT

CAROL SONNENBERG,
MICHAEL SONNENBERG, and
AMERICAN FINANCIAL SECURITIES HOLDINGS, INC.,

    Plaintiffs,

    v.

ERIC DAVID SIPF,

    Defendant-Third-Party Plaintiffs,

    v.

JOHN C. HERBERS, et al,

    Third-Party Defendants.

---

## ORDER
---

THIS MATTER comes before the Court *sua sponte*. The Trial Preparation Conference set for Wednesday, January 8, 2014, at 8:00 a.m. is hereby VACATED and reset for **Monday, January 13, 2014, at 9:30 a.m.**

DATED this 3rd day of January, 2014.

                                                  BY THE COURT:

                                                  RAYMOND P. MOORE
                                                  United States District Judge