**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 1:12-cv-00441-RM-KMT

CAROL SONNENBERG,
MICHAEL SONNENBERG, and
AMERICAN FINANCIAL SECURITIES HOLDINGS, INC.,

      Plaintiffs,

  v.

ERIC DAVID SIPF

      Defendant-Third-Party Plaintiff,

  v.

JOHN C. HERBERS,
ROBERT RUIZ-MOSS,
THOMAS KELLER,
CRAIG MAGNUSON, and
MAGNUM ACTUARIAL GROUP, LLC,

      Third-Party Defendants.

## ORDER RE PENDING MOTIONS

THIS MATTER is before the Court on Defendant/Third-Party Plaintiff Sipf's Statement re Pending Claims and Motions.  (ECF No. 245.)  No other party filed a statement.  Upon consideration of the Statement, and in accordance with the Court's advisement to the parties at the conference held on January 13, 2014, it is ORDERED as follows:

1. Sipf's Motion to Strike (ECF No. 190) is hereby deemed abandoned and therefore denied as moot; and

2. The following motions will be heard by the Court on Thursday, January 30, 2014, at 9:00 a.m., in Courtroom A601 in the Alfred A. Arraj United States Courthouse:

   a. Magnum Defendants' Motion for Summary Judgment (ECF No. 99); and

   b. Herber's Motion for Summary Judgment (ECF No. 165).

DATED this 14th day of January, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge