**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 1:12-cv-00441-RM-KMT

CAROL SONNENBERG,
MICHAEL SONNENBERG, and
AMERICAN FINANCIAL SECURITIES HOLDINGS, INC.,

    Plaintiffs,

    v.

ERIC DAVID SIPF

    Defendant - Third-Party Plaintiff,

    v.

JOHN C. HERBERS,
ROBERT RUIZ-MOSS,
THOMAS KELLER,
CRAIG MAGNUSON, and
MAGNUM ACTUARIAL GROUP, LLC,

    Third-Party Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on Plaintiffs Carol Sonnenberg, Michael Sonnenberg, and American Financial Securities Holdings, Inc.'s Unopposed Motion to Dismiss Plaintiffs' Claims Against Defendant Eric David Sipf with Prejudice ("Motion"). (ECF No. 250.) Upon consideration of the Motion, taking into account that it is unopposed, and being otherwise fully advised in the premises, it is

ORDERED that the Motion (ECF No. 250) is GRANTED. All of Plaintiffs' claims against Defendant Eric David Sipf are DISMISSED with prejudice, with each party to bear their or his own costs;

FURTHER ORDERED that the following motions as between Plaintiffs and Defendant Sipf are hereby DENIED as moot: (1) Defendant Sipf's Motion for Summary Judgment against Plaintiffs (ECF No. 166); (2) Defendant Sipf's Motion to Strike Jury Demand (ECF No. 186); and (3) Defendant Sipf's Motion to Preclude Witnesses Not Previously Disclosed Pursuant to Fed.R.Civ.P. 26(a) (ECF No. 217);

FURTHER ORDERED that the following motions filed by Plaintiffs remain pending only to the extent they were joined in by Defendants Thomas Keller, Craig Magnuson and Magnum Actuarial Group, LLC: (1) Plaintiffs' Motion in Limine (ECF No. 172); and (2) Plaintiffs' Motion to Exclude Testimony of Jack E. Blumenthal (ECF No. 177); and

FURTHER ORDERED that the Plaintiffs' names shall be removed from the caption in all subsequent filings in this matter.

DATED this 13th day of February, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge