**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-00441-RM-KMT

ERIC DAVID SIPF,

      Third-Party Plaintiff,

  v.

JOHN C. HERBERS,
ROBERT RUIZ-MOSS,
THOMAS KELLER,
CRAIG MAGNUSON, and
MAGNUM ACTUARIAL GROUP, LLC,

      Third-Party Defendants.

---

**ORDER GRANTING
THIRD-PARTY PLAINTIFF ERIC D. SIPF'S MOTION TO
DISMISS CERTAIN CLAIMS WITH PREJUDICE (ECF NO. 263)**

---

      Before this Court is Third-Party Plaintiff Eric D. Sipf's Motion to Dismiss Certain Claim with Prejudice (the "Motion") (ECF No. 263). Upon consideration of the Motion, the Court finds that the Motion should be GRANTED.

      IT IS THEREFORE ORDERED that:

      All of third-party plaintiff Eric D. Sipf's claims against third-party defendant Robert Ruiz-Moss are DISMISSED with prejudice, with each party to bear his own costs; and

      Third-party plaintiff Sipf's remaining third-party claims are not dismissed.

      DATED this 13th day of March, 2015.

                      BY THE COURT:

                      _____
                      RAYMOND P. MOORE
                      United States District Judge